IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRADLEY DAVIS,**  *Plaintiff,*  v.  **WAWA,**  *Defendant.* | Case No. 2:24-cv-01533-JDW |

### ORDER

**AND NOW**, this 18th day of July, 2025, open consideration of Defendant Wawa, Inc.'s Motion For Summary Judgment (ECF No. 16), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that that Motion is **GRANTED**. The Clerk of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.